UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No.: 2:15-CR-26 |
| | ) |
| JOSHUA JAMES COLLINS | ) |

## ORDER

The defendant filed a Motion to Reschedule Sentencing for Earlier Date, [Doc. 25]. The reason given for seeking a continuance is to avoid serving "dead time." In other words, the defendant seeks an expedited sentencing hearing, so he can be returned to state custody to attend his December 22, 2015 parole hearing. He argues that if he misses the hearing, then he will not be paroled. Thus, he will not receive any credit for the time he is currently serving towards his federal sentence. While this Court sympathizes with the defendant's position, this Court must follow its regular procedures as this is the situation with many defendants before this Court. If, however, the United States Probation Office completes the Presentence Investigation Report early, then at that time, the defendant is free to file another motion. As such, it is hereby ORDERED that the motion is DENIED.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE