UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **2:15-CR-26** |
| | ) | |
| JOSHUA JAMES COLLINS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On October 7, 2021, the Court held Defendant's initial appearance on the petition for revocation filed in the cause based upon Defendant's alleged violations of his conditions of release [Docs. 43]. The Court reviewed with Defendant the contents of the petition on the record. After doing so, the Court advised Defendant of his right to a detention hearing pursuant to Fed. R. Crim. P. 32.1(a)(6) and a preliminary hearing on the allegations contained in the petition pursuant to Fed. R. Crim. P. 32.1(b)(1).

Defendant waived preliminary and detention hearings without prejudice to later requesting a detention hearing. Accordingly, Defendant shall remain in the custody of the U.S. Marshal pending his final revocation hearing set in this matter for **February 7, 2022 at 3:00 p.m.** before the Honorable J. Ronnie Greer, Senior United States District Judge.

SO ORDERED:                        s/Cynthia Richardson Wyrick
                                                      United States Magistrate Judge