Prob 19
EDTN78 (6/2000)

RECEIVED BY: MAX
DATE: 7.7.2021   TIME:
U.S. MARSHAL E/TN
GREENEVILLE, TN

# United States District Court for the
# EASTERN DISTRICT OF TENNESSEE

U.S.A. vs. Joshua James Collins      Docket No. 2:15-CR-00026-001

TO: [1] **Any United States Marshal or any other authorized officer.**

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE ||||| 
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. |||||
| NAME OF SUBJECT | SEX | RACE | AGE | Marshal # |
| **Joshua James Collins** | Male | White | 37 | 48374-074 |
| ADDRESS (STREET, CITY, STATE)<br><br>1510 Texas Avenue<br>Knoxville, Tennessee 37921 |||||
| SENTENCE IMPOSED BY (NAME OF COURT)<br>United States District Court<br>Eastern District of Tennessee at Greeneville |||||
| CLERK<br>LeAnna R. Wilson | (BY) DEPUTY CLERK<br>*Leah Kinney* || DATE 7/6/21 ||

| RETURN |||
|---|---|---|
| Warrant received and executed | DATE RECEIVED<br>7/7/21 | DATE EXECUTED<br>10/7/21 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>USMS Greeneville TN JHQ Courthouse |||
| NAME<br>*[signature]* | (BY)<br>DUSM M. Kaase | DATE<br>10/7/21 |

48374.074
9783218
2174-0707-1540-D

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the EASTERN DISTRICT OF TENNESSEE;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."