# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TENNESSEE, AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:15-CR-00026 |
| | ) | |
| | ) | |
| JOSHUA JAMES COLLINS | ) | |

## NOTICE OF APPEARANCE

Comes the undersigned, and hereby gives notice to this Honorable Court Marcos M. Garza, Daniel B. Morrell, Tyler M. Caviness, Dominic A. Garduño, Joseph Della-Rodolfa and Garza Law Firm shall be counsel for Joshua James Collins, in the above-captioned matter to appear on his behalf.

*Respectfully Submitted*,

s/Marcos M. Garza
Marcos M. Garza, BPR #021483
Daniel B. Morrell, BPR #034365
Tyler M.. Caviness, BPR #036273
Dominic A. Garduño, BPR #038518
Joseph Della-Rodolfa, BPR #018620
***GARZA LAW FIRM, PLLC***
550 West Main Street, Suite 340
Knoxville, Tennessee 37902
Office - (865) 540-8300
Fax - (865) 474-9397
info@garzalaw.com

## CERTIFICATE

I, Marcos M. Garza, hereby certify that a true and exact copy of the preceding Notice was served via CM/ECF on all parties entitled on the 27th day of October, 2021.

/s/ Marcos M. Garza
Marcos M. Garza