UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:15-CR-00026-1-JRG-CRW |
| ) | |
| JOSHUA JAMES COLLINS ) | |

**ORDER**

This matter is before the Court on Defendant's Motion to Continue [Doc. 49]. The motion is **GRANTED**, and Defendant's revocation hearing is hereby **RESET** for Monday, May 9, 2022, at 9:00.

So ordered.

ENTER:

                                                                      s/J. RONNIE GREER
                                                UNITED STATES DISTRICT JUDGE