UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) 2:15-CR-26 |
| JOSHUA JAMES COLLINS, | ) |
| Defendant. | ) |

## **ORDER**

An arraignment on the Amended Petition [Doc. 52] alleging supervised release violations shall be held before the undersigned on **Tuesday, May 31, 2022 at 11 a.m.**

Defendant's presence is REQUIRED.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge