UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:15-CR-26 |
| ) | |
| JOSHUA JAMES COLLINS ) | |

ORDER

This matter is before the Court on the Court's *sua sponte* review of the docket. Defendant's revocation hearing was set for 1:30 p.m. on July 10, 2023. Marcos M. Garza, Daniel B. Morrell, Tyler M. Caviness, Dominic Allen Garduño, and Joseph F. Della-Rodolfa, employed with The Garza Law Firm, PLLC in Knoxville, Tennessee, appeared in this case on October 27, 2021. [Doc. 48]. However, on July 10, 2023, Mr. Garza, Mr. Morrell, Mr. Caviness, Mr. Garduño, and Mr. Della-Rodolfa all failed to appear for their client's revocation hearing. Mr. Garza, Mr. Morrell, Mr. Caviness, Mr. Garduño, and Mr. Della-Rodolfa are **ORDERED** to show cause in writing as to why the Court should not hold them in contempt of court on or before **July 20, 2023**. The Court will determine, based on counsels' written submissions, whether a hearing is required. Defendant's revocation hearing is **RESET** for **Monday, August 14, at 9:00 a.m.**

So ordered.

ENTER:

                                                            s/J. RONNIE GREER
                                          UNITED STATES DISTRICT JUDGE