# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENVILLE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | Case No. | 2:15-CR-00026 |
| | ) | | Judge J. Ronnie Greer |
| JOSHUA COLLINS | ) | | |

## RESPONSE TO COURT'S SHOW CAUSE ORDER AND MOTION TO WITHDRAW

On July 11, 2023, this Court entered an order requiring undersigned counsel to show cause as to why counsel was not present at Mr. Collins' revocation hearing on July 10, 2023. The following response is respectfully submitted and, based on the below information, counsel also respectfully moves this Court to be permitted to withdraw as counsel of record for Mr. Collins.

1. On October 27, 2021, The Garza Law Firm entered notice of appearance in Mr. Collins' case. *See* Doc. 48. Undersigned counsel was employed as an associate attorney by the Garza Law Firm at the time and was listed on the notice of appearance.

2. Undersigned counsel resigned from the Garza Law Firm on May 26, 2023, and has been practicing elsewhere since that time.

3. Counsel should have, but did not, move to withdraw as counsel of record for Mr. Collins after he concluded his employment with the Garza Law Firm. In the time after leaving the Garza Law Firm, counsel also should have, but did not, notice any case activity emails in Mr. Collins' case that still listed him as counsel of record.

4. Because he is no longer an employee of the Garza Law Firm, counsel did not appear for Mr. Collins' revocation hearing on July 10, 2023. For this reason, counsel also respectfully

moves this Court to permit him to withdraw as counsel of record.

5. I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

    s/ *Dominic A. Garduno*
Dominic A. Garduno, BPR # 038518
Ooten Law Firm
1341 Branton Boulevard, Suite 105
Knoxville, TN 37922
(865) 259-0999, Fax: (865) 259-0998
dom@ootenlawfirm.com

## CERTIFICATE OF SERVICE

I, Dominic A. Garduno, hereby certify that a copy of motion was filed electronically on July 13, 2023. Notice of this pleading will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this document through the Court's electronic filing system.

    s/ *Dominic A. Garduno*
DOMINIC A. GARDUNO

2
Case 2:15-cr-00026-JRG-CRW   Document 65   Filed 07/13/23   Page 2 of 2   PageID #: 193