IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | No. 2:15-CR-00026-001 |
| V. | ) | |
| | ) | JUDGE GREER |
| JOSHUA COLLINS | ) | |
| | ) | |

## RESPONSE TO COURT'S SHOW CAUSE ORDER

A show cause order was entered by this Court on July 11, 2023, requiring the undersigned counsel to show cause as to why counsel was not present at Mr. Joshua Collins' revocation hearing set for July 10, 2023, at 1:30 pm. Respectfully submitted, the following response demonstrates show cause to this Court as to why counsel did not appear for Mr. Collins.

1. The Garza Law Firm filed a notice of appearance for Mr. Collins in the above-captioned matter on October 27, 2021. At the time, counsel included attorneys employed by The Garza Law Firm as Marcos M. Garza, Daniel B. Morrell, Tyler M. Caviness, Dominic A. Garduño, and Joseph Della-Rodolfa.

2. On June 3, 2022, The Garza Law Firm submitted a notice of waiver of a preliminary hearing for Mr. Collins' case. Subsequently, Mr. Collins entered a plea on February 9th, 2023 in Docket No. 2:22-CR-40 to possession with intent to distribute 5 grams or more of methamphetamine, its salts, isomer and salts of its isomers in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) with an agreement between Mr. Collins and the United States as to a sentence of 24 months of imprisonment as the appropriate disposition of the above-captioned case. The associate attorney who submitted this pleading, personally appeared for Mr. Collins' case, and negotiated the agreement between Mr. Collins and the United States subsequently left the firm to pursue other opportunities. The Assistant

United States Attorney and Federal Public Defender who originally had the case also left for other opportunities during the pendency of this case.

3. Due to two attorneys no longer being employed and additional new attorneys gaining employment, there was a miscommunication about the revocation hearing date, and counsel was not present for the scheduled hearing. Counsel is fully prepared to move forward on the new revocation date of August 14th, 2023.

4. Under the penalty of perjury, the foregoing is declared as true and correct.

Respectfully submitted,

        s/ Marcos M. Garza
        Marcos M. Garza (BPR #021483)
        Daniel B. Morrell (BPR #034365)
        Joseph F. Della-Rodolfa (BPR #018620)
        Michael Clement (BPR# 012026)
        Daniel T. Woodward (BPR #039575)
        J. Patrick Henry (BPR #033761)
        Andrew W. Varney (BPR #040212)
        Garza Law Firm, PLLC
        550 West Main Street, Suite 340
        Knoxville, TN 37902
        (865)-540-8300

**CERTIFICATE OF SERVICE**

The Garza Law Firm hereby certifies that a copy of this response was filed electronically, and notice of this pleading will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this document through the Court's electronic filing system.

        s/ Marcos M. Garza
        Marcos M. Garza (BPR #021483)
        Daniel B. Morrell (BPR #034365)
        Joseph F. Della-Rodolfa (BPR #018620)

Michael Clement (BPR# 012026)
Daniel T. Woodard(BPR #039575)
J. Patrick Henry (BPR #033761)
Andrew W. Varney (BPR #040212)
The Garza Law Firm, PLLC
550 West Main Street, Suite 340
Knoxville, TN 37902
(865)-540-8300